FLN (Rev. 3/2007) Deficiency Order  
3:01cr32LAC - UNITED STATES OF AMERICA vs. STEVEN DUNKLIN

Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA

    vs                                    Case No.3:01cr32LAC

STEVEN DUNKLIN

_____

## ORDER

Your document, **MOTION TO PROCEED WITH PENDING LITIGATION, TO WIT SUPERVISED RELEASE VIOLATION, AMEND AND OR TRUST**, was referred to the undersigned with the following deficiencies:

    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

For these reasons, IT IS ORDERED that the Clerk shall return the document to the filing party.

DONE and ORDERED this 17th day of September, 2007.

                              *s/L.A. Collier*  
                              LACEY A. COLLIER  
                              SENIOR UNITED STATES DISTRICT JUDGE