**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                CASE NO.  3:01cr32LAC

STEVEN DUNKLIN

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on October 11, 2007
Motion/Pleadings: RESPONSE TO COURT ORDER and MOTION TO PROCEED WITH PENDING LITIGATION, TO WIT SUPERVISED RELEASE VIOLATION. AMEND AND OR ADJUST
Filed by DEFENDANT PRO SE   on 9/28/2007   Doc.# 333

RESPONSES:
BY GOVERNMENT   on 3/27/08   Doc.# 347
___   on ___   Doc.# ___

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)   Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 31st day of March, 2008, that:*
*(a) The relief requested is **DENIED.***
*(b) _____*

*s/L.A. Collier*
***LACEY A. COLLIER***
***Senior United States District Judge***

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.